**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

KENNETH E. RICKERSON,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　CASE NO. 5:11cv279-MP-GRJ

S. GILLS, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 8, 2012. (Doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The ADA claims against defendants Gills, Kats-Kagan, Doyle, and CCA are DISMISSED for failure to state a claim.

3. The ADA claim against defendant Harvey in her individual capacity is DISMISSED for failure to state a claim.

4. The § 1983 claims against the Florida Department of Corrections (DOC) are DISMISSED for failure to state a claim.

5. The § 1983 claims against defendant Harvey in her individual or official capacities are DISMISSED for failure to state a claim.

      6.      The claims for § 1983 damages against defendants Gills, Kats-Kagan and Doyle in their official capacities are DISMISSED for failure to state a claim.

      7.      The Florida Department of Management Services (DMS) are DISMISSED as a party to this suit because plaintiff has failed to state a claim against DMS.

      8.      The only ADA claims that may go forward are plaintiff's claims against the DOC and defendant Harvey in her official capacity.  The only § 1983 claims that may go forward are plaintiff's claim against CCA; against defendants Gills, Kats-Kagan, and Doyle in their official capacities, but only to the extent plaintiff seeks prospective injunctive relief; and against defendants Gills, Kats-Kagan, and Doyle in their individual capacities.

      **DONE and ORDERED** this 22nd day of March, 2012.


                     *s/ M. Casey Rodgers*
                     **M. CASEY RODGERS**
                     **CHIEF UNITED STATES DISTRICT JUDGE**